O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DUENAS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNTRYWIDE HOME LOANS, ) <br> INC., BANK OF AMERICA ) <br> HOME LOANS; MORTGAGE ) <br> ELECTRONIC REGISTRATION ) <br> SYSTEMS, INC.; and ) <br> RECONTRUST COMPANY ) <br> ) <br> Defendants. ) <br> _____) | Case No. EDCV 09-01832 VAP (FFMx) <br><br> **JUDGMENT** <br><br> **[Link No. 7]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>November 19, 2009</u>

                                               VIRGINIA A. PHILLIPS
                                              United States District Judge