O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-1832-VAP (FFMx)                            Date:  January 11, 2010

Title:   WILLIAM DUENAS -v- COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA HOME LOANS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; RECONTRUST COMPANY; AND DOES 1 tahrough 100, inclusive
==================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  Jim Holmes, Relief | Phyllis Preston |
|  Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR            ATTORNEYS PRESENT FOR
PLAINTIFFS:                                  DEFENDANTS:

  None                                               None

PROCEEDINGS:     ORDER DISMISSING ACTION FOR LACK OF PROSECUTION, PURSUANT TO FED. R. CIV. P. 41(b), BY COURT

   This action came on regularly for a Scheduling Conference, pursuant to this Court's Notice Setting Scheduling Conference, Docket No. 5, issued October 1, 2009.  No appearances were made by or on behalf of plaintiffs in this matter, and no appearances were made by the any remaining defendants in this matter.

   The Court, sua sponte, ORDERS this action dismissed for failure of the plaintiff to prosecute, pursuant to Rule 41(b), and for failure to comply with these rules or a court order.

   The deputy clerk shall close the case.

   IT IS SO ORDERED.